UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| **GULF COAST ASPHALT COMPANY, LLC** | § | |
| | § | Case No. 21-60024 |
| Debtor. | § | |
| | § | |
| **CHRISTOPHER MURRAY, TRUSTEE** | § | |
| Plaintiff | § | Adv. No. 23-06002 |
| v. | § | |
| **JOYCE BRASS & SANDRA BRASS** | § | |
| Defendants | § | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court will hold a status conference on **March 22, 2023 at 9:00 a.m.** before the Hon. Christopher Lopez, United States Bankruptcy Judge in Courtroom 401, 515 Rusk, Houston, Texas 77002. The hearing will be conducted on a hybrid basis. Video participation is available at https://www.gotomeet.me/JudgeLopez. Conference call participation is also required. The Court's conference call number is 832-917-1510, conference code 590153. Additional information regarding video and audio participation at the hearing can be found on the court's website at the following address: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

Dated: March 17, 2023

Respectfully submitted,

**THE BEATTY LAW FIRM PC**

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty
State Bar No. 24051740
max@beattypc.com
1127 Eldridge Pkwy
Suite 300, #383
Houston, Texas 77077
Tel. 832-529-3381
Fax. 832-852-1266
*Counsel for Christopher Murray, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

  I certify that, on March 17, 2023, a copy of the foregoing motion was served on all parties registered to receive such service via the Court's ECF system. In addition, I served a copy of the foregoing notice via USPS first class mail and email as follows:

  Sandra Brass
  527 Hanley Pl
  Los Angeles, California 90049
  sshure@aol.com
  mashure@hotmail.com

               */s/ J. Maxwell Beatty*

                J. Maxwell Beatty